UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PATRICK MCCARTHY,

    Plaintiff,

                                  Case No. 06-10136

v.

                                  Hon. John Corbett O'Meara

LYNN M. GALLAGHER, *et al.,*

    Defendants.
_____/

## ORDER DENYING MOTIONS FOR RECONSIDERATION

Plaintiff has filed two motions for reconsideration of this court's April 18, 2006 order dismissing his complaint and the April 25, 2006 order granting Defendant Colleen Ronayne's motion for Rule 11 sanctions. Pursuant to Local Rule 7.1(e)(2)(E.D. Mich. Sept. 8, 1998), no response was ordered and no oral argument was heard.

> Generally, and without restricting the court's discretion, the court will not grant motions for rehearing or reconsideration which merely present the same issues ruled upon by the court, either expressly or by reasonable implication. The movant shall not only demonstrate a palpable defect by which the court and the parties have been misled but also show that correcting the defect will result in a different disposition of the case.

LR 7.1(g)(3). A "palpable defect" is a defect that is obvious, clear, unmistakable, manifest, or plain. Michigan Dep't of Treas. v. Michalec, 181 F. Supp.2d 731, 734 (E.D. Mich. 2002) (citations omitted).

The court finds that Plaintiff has not demonstrated a "palpable defect" by which the parties or the court have been misled.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's April 27, 2006 Motion for

Reconsideration [docket # 66] and May 3, 2006 Motion for Reconsideration [docket # 69] are

DENIED.

                                            s/John Corbett O'Meara  
                                            John Corbett O'Meara  
                                            United States District Judge

Dated:  June 5, 2006